

# United States District Court
# Eastern District of California

| Anthony Swetala | Case Number: 1:24-cv-00620 |
|---|---|
| Plaintiff(s) | |
| V. | |
| Quten Research Institute, LLC | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, William W. Reichart III hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Quten Research Institute, LLC

On 12/12/2018 (date), I was admitted to practice and presently in good standing in the Supreme Court of Maryland (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/25/2024     Signature of Applicant: /s/ William W. Reichart III

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | William W. Reichart III |
| Law Firm Name: | DLA Piper LLP (US) |
| Address: | 650 S. Exeter St. |
| | Suite 1100 |
| City: | Baltimore    State: MD    Zip: 21202 |
| Phone Number w/Area Code: | (410) 580-4104 |
| City and State of Residence: | Reisterstown, Maryland |
| Primary E-mail Address: | wes.reichart@us.dlapiper.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Isabelle L. Ord |
| Law Firm Name: | DLA Piper LLP (US) |
| Address: | 555 Mission Street |
| | Suite 2400 |
| City: | San Francisco    State: CA    Zip: 94105 |
| Phone Number w/Area Code: | (415) 836-2500    Bar #: 198224 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 26, 2024

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT

# Supreme Court of Maryland

**Annapolis, MD**



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twelfth day of December, 2018,

## *William Wesley Reichart III*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-fourth day of August, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-fifth day of June, 2024.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland