UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SWETALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUTEN RESEARCH INSTITUTE, LLC,<br><br>Defendant. | Case No. 1:24-cv-00620-JLT-BAM<br><br>**ORDER GRANTING MOTION OF WITHDRAWAL OF COUNSEL LILACH HALPERIN AS ATTORNEY OF RECORD FOR PLAINTIFF**<br><br>(Doc. 28) |

Currently before the Court is the motion of Lilach Halperin of the Law Offices of Ronald A. Marron to withdraw as counsel of record for Plaintiff in this action. (Doc. 28.) Although styled as a motion to withdraw as counsel, the document is effectively a notice of withdrawal and Plaintiff notes that he will continue to be represented by attorneys of record Ronald A. Marron, Kas L. Gallucci, and Alexis M. Wood from the Law Offices of Ronald A. Marron. (*Id.*) A motion to withdraw is not required as plaintiffs will continue to be represented by counsel of record, the Law Offices of Ronald A. Marron. *See* Local Rule 182(d); Doc. 28.

///

///

///

///

///

///

1

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that attorney Lilach Halperin of the Law Offices of Ronald A. Marron is withdrawn as counsel of record for Plaintiff in this case. The Clerk of the Court is directed to terminate attorneys Lilach Halperin of the Law Offices of Ronald A. Marron as counsel for Plaintiff in the above-captioned matter.

IT IS SO ORDERED.

Dated: __August 27, 2024__          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE