**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SWETALA, individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>QUTEN RESEARCH INSTITUTE, LLC,<br><br>Defendant. | Case No.: 1:24−CV−00620−JLT-BAM<br><br>**JOINT STIPULATION TO DISMISS PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Plaintiff Anthony Swetala ("Plaintiff") and Defendant Quten Research Institute, LLC ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. Each party shall bear its own attorneys' fees and costs.

Dated: December 22, 2025                                         Respectfully Submitted,


/s/ Ronald A. Marron
Ronald A. Marron

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ron@consumersadvocates.com
ALEXIS M. WOOD
alexis@consumersadvocates.com
KAS L. GALLUCCI (SBN 288709)
kas@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
**Counsel for Plaintiff and the Proposed Class**

Dated: December 22, 2025                                         **DLA PIPER LLP (US)**


By:   /s/William W. Reichart
       William W. Reichart III


ISABELLE L. ORD (Bar No. 198224)
isabelle.ord@us.dlapiper.com
TIA Q. NGUYEN (Bar No. 338778)
tia.nguyen@us.dlapiper.com
**DLA PIPER LLP (US)**

2

555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel.: (415) 836-2500
Fax: (415) 836-2501

KEARA M. GORDON (pro hac vice)
*keara.gordon@us.dlapiper.com*
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel.: (212) 335-4500
Fax: (212) 335-4501

WILLIAM W. REICHART III (pro hac vice)
*wes.reichart@us.dlapiper.com*
**DLA PIPER LLP (US)**
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-4104
Fax: (410) 580-3104

*Attorneys for Defendant Quten Research Institute, LLC*